UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:22-CR-24-KAC-DCP |
| VICTOR BTESH, et al., | ) |
| Defendants. | ) |

## ORDER

The Court anticipates holding a jury trial on the date currently set for the sentencing hearings of Defendants Victor Btesh; Michelle's DVD Funhouse, Inc.; MJR Prime, LLC; and Prime Brooklyn, LLC. For good cause, the Court therefore **RESCHEDULES** the sentencing hearings of:

(1) Defendant Btesh to **August 23, 2023, at 9:00 a.m.**;

(2) Defendant Michelle's DVD Funhouse, Inc. to **August 23, 2023, at 9:45 a.m.**;

(3) Defendant MJR Prime, LLC to **August 23, 2023, at 10:30 a.m.**; and

(4) Defendant Prime Brooklyn, LLC to **August 23, 2023, at 11:15 a.m.**

*See* Fed. R. Crim. P. 32(b)(2).

IT IS SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge